# EXHIBIT I

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70210950000051985361

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:08 am on April 20, 2022 in SALT LAKE CITY, UT 84115.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered
**Delivered, Left with Individual**

SALT LAKE CITY, UT 84115
April 20, 2022, 9:08 am

See All Tracking History

Text & Email Updates                    ⌄

USPS Tracking Plus®                     ⌄

Product Information                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]