# EXHIBIT H



Sign up for paperless delivery
at www.spservicing.com

Paperless



PIKE HOLDINGS LLC
276 BRUCE PARK AVE
GREENWICH, CT 06830-6312



AD999 1104



October 6, 2023

PIKE HOLDINGS LLC
BEN PIKE
276 BRUCE PARK AVE
GREENWICH, CT 06830-6312

**Property Address:**     1500 BAY ROAD UNIT 310S
                          MIAMI BEACH, FL 33139

Dear BEN PIKE,

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, received your inquiry on October 2, 2023. In your inquiry, you requested the following:

- Estoppel Letter

We have completed a full review of your inquiry and the account. Our response is below.

**Estoppel Letter**

In your inquiry, you requested an estoppel letter, including an itemization of the principal, interest, and any other charges comprising the unpaid balance on this account. We have enclosed a Payoff Statement, as well as Corporate Advance History, Escrow Disbursement History, and Fee History for your review.

Please be advised that a copy of this letter will also be sent to the property address referenced above.

SPS has reviewed and responded to your inquiry as discussed above. We have provided all documentation relied upon in reaching our determination. If a document was not provided it is because it is privileged or proprietary.

We appreciate the opportunity to address the issue(s) noted in your inquiry. Should you have any further questions, please contact Customer Service. Our toll-free number is 800-258-8602, and representatives are available Monday through Friday from 8:00 a.m. to 9:00 p.m., and Saturday from 8:00 a.m. to 2:00 p.m., Eastern Time.

Sincerely,

Oakley Doyle
Customer Advocate

Enclosure(s)

Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llámenos al número 800-831-0118 y seleccione/marque la opción 2

**This is in response to your request for information**



AD999 1104

0028389200002802021000




Sign up for paperless delivery
at www.spservicing.com
Paperless

**PAYOFF STATEMENT**

Date: October 05, 2023
Requested By:

Account Number:  0024056053
Payment Due Date: April 01, 2020

**This Statement expires on:**
**October 15, 2023**

BEN PIKE
276 BRUCE PARK AVE
GREENWICH, CT 06830-6312, United States of America

Customer Name/Property Address:
FERNANDO  SUAREZ

1500 BAY ROAD,UNIT 310S
MIAMI BEACH, FL 33139

**THE FOLLOWING AMOUNTS ARE SUBJECT TO FINAL VERIFICATION**
**BASED ON THE RECEIPT OF FUNDS**

| ITEMIZATION | | |
|---|---|---|
| Unpaid Principal Balance | $ | 200,617.70 |
| Interest Calculated to October 15, 2023 | $ | 28,519.53 |
| Escrow/Impound Advance Balance | $ | 10,541.25 |
| Loan Level Advance Balance | $ | 4,923.32 |
| Incurred Legal Fees and Costs | $ | 1,520.00 |
| Mortgage Insurance Premium | $ | 71.08 |
| Interest on Advances | $ | 10.40 |
| Recording Fee | $ | 10.00 |
| | | |
| **Total Amounts Due Under your Note and Mortgage** | $ | **246,213.28** |
| Per Diem Daily Interest | | $        38.46 |
| | | |
| **TOTAL AMOUNT DUE** | $ | **246,213.28** |

| ESTIMATED ESCROW DISBURSEMENTS | | |
|---|---|---|
| County/City/Sanitation Tax Next Due 11/2023 | $ | 2,701.96 |

The above escrow disbursements are scheduled to occur during the period covered by this Payoff Quote.  These amounts are **not** included in the above Total Amount Due as they have not been made as of the date of this statement.  If SPS disburses these funds, you are responsible to reimburse SPS for these disbursements, either through available escrow account funds or an additional amount due. The disbursement of these funds may impact the required payoff amount.  Please contact SPS if you have any questions or for an updated Payoff Quote if the payoff will occur after the disbursement dates.

XP111

  

**IMPORTANT INFORMATION REGARDING THE ACCOUNT PAYOFF:**

1) **Clearance of Funds:** The Payoff Statement assumes that payments made on your account have cleared your financial institution. If a payment you made is returned, you are still responsible to pay that amount, even though we accept the amount of your payoff. Payments received within thirty (30) days of the payoff application are subject to clearance by your financial Institution.

2) **Final Verification:** The amounts set forth in this Payoff Statement are subject to final verification.

3) **Expiration:** This Payoff Statement expires and is void after October 15, 2023. You must obtain an updated WRITTEN statement from us if you want to pay off your account after the expiration date. Please allow up to five (5) business days for us to provide you with an updated Payoff Statement (unless state law requires a shorter timeframe).

4) **Prepayment Penalty:** If your mortgage documents indicate a prepayment fee on your account, it is included as part of the total amounts due for payoff. If the prepayment fee should be waived, supporting documentation (e.g., final HUD1, grant deed, warranty deed, prepayment rider) must be faxed to (801) 269-4269 prior to the receipt of your payoff funds. Upon receipt, the documents will be reviewed for final determination of waiving the prepayment fee. If you have any questions about the prepayment fee, please contact us at (800) 258-8602.

5) **Foreclosure / Bankruptcy:** If the account is currently subject to a pending foreclosure or bankruptcy action, the attorney fees and costs for services rendered that have been incurred with respect to this pending action have been included in the outstanding amounts due.  Legal actions may continue after the date of this letter, and if so, will result in additional attorney fees and costs. An estimate of those amounts to be incurred between the date of this quote and the good through date are included. In the event that upon completion of the related legal work the actual legal fees and costs charged by the attorney to SPS are less than the estimates provided by the attorney in this quote, SPS will apply such overage to any other amounts due and owing. If there are no amounts due, SPS will refund such overage directly to the customer.

6) **Non-Sufficient Funds:** If the amounts received are not sufficient to pay the account in full, we will return the payoff funds. Interest will continue to accrue at the daily (per diem) amount shown on the Payoff Statement and late charges may be incurred until sufficient funds are received to pay the account in full. To avoid non-sufficient funds, please confirm the actual payoff amount by calling (800) 258-8602. A satisfaction/release of mortgage will not be recorded until all amounts due under your mortgage documents are received, unless applicable law requires otherwise.

7) **Scheduled Payments:** Do not cancel or stop payment on any of your regularly scheduled monthly payments. **Issuance of this Payoff Statement does not suspend your obligation to make your monthly payments under your mortgage documents.** You must continue to make your monthly

XP111



AD999 1104





payments, when due, up until the time your account is paid in full. If the last regular monthly payment you sent to us is returned for insufficient funds, is dishonored due to a stop payment order, or payment is not made for any other reason, the amount required to payoff your account may be higher than shown in this Payoff Statement.

8) **Remittance of Funds:** Payoff amounts must be remitted in U.S. Dollars by money wire, certified or cashier's check, title company check or an attorney's trustee check. No personal or unofficial checks will be accepted. A copy of the Payoff Statement must accompany your payoff check. No deliveries should be made on Saturday, Sunday or legal holidays. Payoff funds received after 12 p.m. Noon Eastern Time will be processed the following business day.

**PLEASE REMIT FUNDS TO THE FOLLOWING:**

| Wiring Instructions | Mailing Instructions |
|---|---|
| Select Portfolio Servicing, Inc.<br>Salt Lake City, Utah<br>Attn: PAYOFF DEPARTMENT<br>Routing/ABA #  021000021<br>Account #  900900308<br>Wire Retaining<br>For Credit to: 0024056053<br>Name: FERNANDO SUAREZ | Select Portfolio Servicing, Inc.<br>Attn: PAYOFF DEPARTMENT<br>PO BOX 65450<br>Salt Lake City, UT 84165<br><br>Overnight Address:<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119 |

9) **Regularly Scheduled Payments:** If you fail to make your regularly scheduled monthly mortgage payments within the timeframe stated on your monthly statement, the late charge disclosed on your monthly statement will be added to the payoff total. If your monthly payment is received, but is returned unpaid by your bank, a fee will be added to the payoff total to the extent permitted by applicable law.

10) **Automated Payments:** If your monthly payments are automatically deducted from your banking account, these payments will continue to be withdrawn until the account is paid in full, or unless we receive verbal or written cancellation instructions in our office no later than three (3) business days prior to the payment due date.

11) **Per Diem Daily Interest:** The Per Diem Daily Interest is the daily interest that will accrue after the effective date of this Payoff Statement, with the assumption that monthly payments are made as anticipated under the Note and Security Instrument.  If payments are not made as anticipated under the Note and Security Instrument, the Per Diem Daily Interest may change, and may be higher or lower than stated above.  If you have any questions regarding the outstanding amounts or the Per Diem Daily Interest outstanding, please contact Select Portfolio Servicing, Inc. for an updated amount.

12) **Escrow Account:** If you have an escrow account with us, issuance of this Payoff Statement does not alter our responsibility to pay taxes and insurance from the escrow account. If a bill for these items is received prior to the receipt of payoff funds, we will pay them from the escrow account. Select

XP111

AD999 1104

 

Portfolio Servicing, Inc. is not responsible for private agreements between the mortgagor and a third party with regard to the disbursement of escrow funds. If funds have accumulated in the escrow account, and if we have been required to pay interest on such funds as provided by state law, interest will be paid to the date the escrow closes. Any deficiencies in the escrow account will be collected at payoff. Any excess funds in the escrow account will be refunded approximately fourteen (14) business days after the payoff is complete. If lender placed insurance has been charged to the escrow account prior to payoff, the full amount will be required to pay off the account. If appropriate evidence of insurance is received, the applicable refund will be issued to the mortgagee of record within four to six weeks. Any escrow balance will be refunded after payoff, provided the last payment applied to the account has cleared the institution on which it was drawn.

13) **Forwarding Address:** Please provide the proper forwarding address to ensure receipt of applicable escrow refunds, cancelled documents, and annual tax/interest statements. If a forwarding address is not provided, all correspondence will be mailed to the customer's last known address.

14) **Release/Satisfaction of Mortgage:** Upon receipt of the timely payment of the required payoff amount, SPS will prepare and send for recording a lien release in full satisfaction of the mortgage on the above referenced property in accordance with timelines established by state law, foregoing all rights to personal liability or deficiency judgment.

15) **Questions?** If you have any questions, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero (800) 831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City – Collection Agency License #1170514**

XP111





**SPS SELECT Portfolio SERVICING, inc.**

Loan Number: 0024056053

# Corporate Advance History

Date:     October 05, 2023

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/2023 | 632 | Statutory Expense Disbursement (Corporate Advance) | | | $ 45.00 | FCST | FC COSTS | MSPA SLINKT | SERVICELINK TITLE COMP | NIV | 01R01 | R | Recoverable |
| 09/18/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 09/07/2023 | 632 | Statutory Expense Disbursement (Corporate Advance) | | | $ 709.40 | FCST | FC COSTS | ATFLR OANS C | ROBERTSON ANSCHUTZ | NIV | 01R01 | R | Recoverable |
| 08/14/2023 | 632 | Statutory Expense Disbursement (Corporate Advance) | | | $ 31.05 | FCST | FC COSTS | ATFLR OANS C | ROBERTSON ANSCHUTZ | NIV | 01R01 | R | Recoverable |
| 08/09/2023 | 630 | Attorney Advance Disbursement (Corporate Advance) | | | $ 1,030.00 | FATT | FC ATTY FEES | ATFLR OANS C | ROBERTSON ANSCHUTZ | NIV | 01R01 | R | Recoverable |
| 08/09/2023 | 632 | Statutory Expense Disbursement (Corporate Advance) | | | $ 947.03 | FCST | FC COSTS | ATFLR OANS C | ROBERTSON ANSCHUTZ | NIV | 01R01 | R | Recoverable |
| 07/14/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 06/22/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 97.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |



# Corporate Advance History

Loan Number: 0024056053

Date:   October 05, 2023

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 04/28/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/22/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 02/13/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 01/09/2023 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/15/2022 | 632 | Statutory Expense Disbursement (Corporate Advance) | | | $ 45.00 | FCST | FC COSTS | MSPA SLINKT TITLE COMP | SERVICELINK NIV | 01R01 | | R | Recoverable |
| 12/13/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 97.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/02/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 10/24/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |

00283892000028051000





# Corporate Advance History

Loan Number: 0024056053

Date:   October 05, 2023

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 08/15/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 07/08/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 06/06/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 97.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 06/01/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 04/22/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/21/2022 | 630 | Attorney Advance Disbursement (Corporate Advance) | | | $ 870.00 | FATT | FC ATTY FEES | ATFLR OANS C | ROBERTSON ANSCHUTZ | NIV | 01R01 | R | Recoverable |
| 03/18/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/09/2022 | 632 | Statutory Expense Disbursement (Corporate Advance) | | | $ 250.00 | FCST | FC COSTS | MSPA SLINKT | SERVICELINK TITLE COMP | NIV | 01R01 | R | Recoverable |



# Corporate Advance History

Date: October 05, 2023

Loan Number: 0024056053

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 19.99 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 01/03/2022 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/02/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 95.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 10/28/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 09/13/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 08/06/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 07/01/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 05/28/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 05/28/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 95.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |

00283892000028061000





**SPS SELECT Portfolio SERVICING, Inc.**

# Corporate Advance History

Loan Number: 0024056053

Date:   October 05, 2023

| Transaction Date | Transaction Code | Transaction Desc | Transaction Sequence Code | Transaction Sequence Desc | Amount | Reason Code | Reason Desc | Payee Code | Payee Desc | Processor ID | Corporate | Recoverable Code | Recoverable Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 03/15/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 02/05/2021 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 12/29/2020 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 18.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 11/25/2020 | 745 | Corporate Advance Adjustment | | | $ -89.00 | FBPO | PROP VALUATION | | | CSC | 01R01 | R | Recoverable |
| 11/24/2020 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 89.00 | FBPO | PROP VALUATION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |
| 11/18/2020 | 631 | Property Preservation Disbursement (Corporate Advance) | | | $ 15.00 | INSP | PROP INSPECTION | RRR | RESIDENTIAL REAL ESTATE | BPO | 75R80 | R | Recoverable |



# Escrow Disbursement History

Loan Number: 0024056053

Date:  October 05, 2023

| Transaction Date | Transaction Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| 09/11/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 09/11/2023 | 310 | $ -35.54 | 0.00 | | | | | | |
| 08/09/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 08/09/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 908 | |
| 07/10/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 07/10/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 06/20/2023 | 168 | $ -839.68 | 0.00 | | | | | H&Z | |
| 06/20/2023 | 163 | $ 839.68 | 0.00 | | | | | H&Z | |
| 06/07/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 06/07/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 906 | *ASFLD    CANCELLATION |
| 05/18/2023 | 161 | $ 209.92 | 0.00 | | | | | | |
| 05/18/2023 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 05/08/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 05/08/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 905 | |
| 04/19/2023 | 161 | $ 209.92 | 0.00 | | | | | | |
| 04/19/2023 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 04/10/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 04/10/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 03/20/2023 | 161 | $ 209.92 | 0.00 | | | | | | |
| 03/20/2023 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 03/08/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 03/08/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 02/24/2023 | 161 | $ 209.92 | 0.00 | | | | | | |
| 02/24/2023 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |

00283892000028071000





**SPS** Select Portfolio SERVICING, INC.

Loan Number: 0024056053

# Escrow Disbursement History

Date: October 05, 2023

| Transaction Date | Transaction Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| 02/08/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 02/08/2023 | 310 | $ -35.54 | 0.00 | | | | | | |
| 01/18/2023 | 161 | $ 209.88 | 0.00 | | | | | | |
| 01/18/2023 | 352 | $ -209.88 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 01/10/2023 | 161 | $ 35.54 | 0.00 | | | | | | |
| 01/10/2023 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 909 | |
| 12/20/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 12/20/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 12/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 12/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 11/18/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 11/18/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 11/09/2022 | 161 | $ 2,737.50 | 0.00 | | | | | | |
| 11/09/2022 | 312 | $ -2,701.96 | 0.00 | | | 09025 | MIAMI-DADE COUNTY TAX CO | 918 | |
| 11/09/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 908 | |
| 10/19/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 10/19/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 10/11/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 10/11/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 910 | |
| 09/20/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 09/20/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 09/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 09/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |



**SPS** SELECT Portfolio SERVICING, inc.

# Escrow Disbursement History

Date: October 05, 2023

Loan Number: 0024056053

| Transaction Date | Transaction Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 08/18/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 08/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 08/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 905 | |
| 07/20/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 07/20/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 07/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 07/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 06/21/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 06/21/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 06/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 06/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 05/18/2022 | 161 | $ 209.92 | 0.00 | | | | | | |
| 05/18/2022 | 352 | $ -209.92 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 05/09/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 05/09/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 906 | |
| 04/11/2022 | 161 | $ 629.76 | 0.00 | | | | | | |
| 04/11/2022 | 352 | $ -629.76 | 0.00 | | | ASFLD | ASSURANT FLOOD LPI | HAZ | |
| 04/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 04/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |
| 03/09/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 03/09/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 908 | |
| 02/08/2022 | 161 | $ 35.54 | 0.00 | | | | | | |
| 02/08/2022 | 310 | $ -35.54 | 0.00 | | | 004 | PMI MTG. INS. CO. | 907 | |





**SPS** SELECT Portfolio SERVICING, INC.

# Escrow Disbursement History

Loan Number: 0024056053

Date:  October 05, 2023

| Transaction Date | Transaction Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2022 | 161 | $ 35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 910 | |
| 01/11/2022 | 310 | $ -35.54 | $ 0.00 | 0.00 | | | | | |
| 12/08/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 12/08/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 11/10/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 11/10/2021 | 312 | $ -2,516.11 | $ 2,516.11 | 0.00 | | 09025 | MIAMI-DADE COUNTY TAX CO | 939 | |
| 11/08/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 11/08/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 905 | |
| 10/08/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 10/08/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 09/10/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 09/10/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 909 | |
| 08/09/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 08/09/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 07/09/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 07/09/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 908 | |
| 06/11/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 06/11/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 910 | |
| 05/13/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 05/13/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 912 | |
| 04/09/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 04/09/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 908 | |
| 03/09/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |



# Escrow Disbursement History

Date: October 05, 2023

Loan Number: 0024056053

| Transaction Date | Transaction Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 908 | |
| 03/02/2021 | 168 | $ -305.46 | $ 0.00 | 0.00 | | | | VE1 | VE1 |
| 03/02/2021 | 166 | $ 305.46 | $ 0.00 | 0.00 | | | | VE1 | |
| 02/10/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 02/10/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 909 | VO ID |
| 01/13/2021 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 01/13/2021 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 912 | |
| 12/10/2020 | 161 | $ 35.54 | $ 0.00 | 0.00 | | | | | |
| 12/10/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 909 | |
| 11/12/2020 | 161 | $ 1,901.28 | $ 0.00 | 0.00 | | | | | |
| 11/12/2020 | 312 | $ -2,627.94 | $ 0.00 | 0.00 | 09025 | MIAMI-DADE COUNTY TAX | 921 | | |
| 11/09/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 10/07/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 09/10/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 909 | |
| 08/07/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 07/08/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 06/05/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 904 | |
| 05/07/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 04/08/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 03/09/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 03/05/2020 | 307 | $ -305.46 | $ 0.00 | 0.00 | | | | 889 | |
| 02/10/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |

00283892000028091000





**SPS** SELECT Portfolio SERVICING, Inc.

# Escrow Disbursement History

Date: October 05, 2023

Loan Number: 0024056053

| Transaction Date | Transaction Code | Escrow | Restricted Escrow | Replacement | HUD235 | Payee Code | Payee Description | Batch Code | Deposit From Payee/Description |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 908 | |
| 12/09/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 11/07/2019 | 312 | $ -2,936.42 | $ 0.00 | 0.00 | | 09025 | MIAMI-DADE COUNTY TAX | 907 | |
| 11/07/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 10/08/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 09/09/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 906 | |
| 08/08/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 07/10/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 909 | |
| 06/10/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 05/15/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 914 | |
| 05/01/2019 | 166 | $ 852.19 | $ 0.00 | 0.00 | | | | VE1 | ST OPVOIDS |
| 04/09/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 908 | |
| 03/08/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 02/08/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 01/09/2019 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 908 | |
| 12/26/2018 | 307 | $ -852.19 | $ 0.00 | 0.00 | | | | AR9 | |
| 12/10/2018 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |
| 11/12/2018 | 312 | $ -2,550.51 | $ 0.00 | 0.00 | | 09025 | MIAMI-DADE COUNTY TAX | 917 | |
| 11/08/2018 | 310 | $ -35.54 | $ 0.00 | 0.00 | | 004 | PMI MTG. INS. CO. | 907 | |



**SPS** Select Portfolio SERVICING, inc.

Loan Number: 0024056053

# Fee History

Date: October 05, 2023

| Fee Code | Fee Description | Transaction Code | Trans Description | Assessed Date | Assessed Amount | Paid Date | Paid Amount | Waived Date | Waived Amount | Requested By |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Interest On Adv | 132 | Fee Adjustment | 03/11/2022 | $ -0.63 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 02/11/2022 | $ -1.56 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 01/11/2022 | $ -1.54 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 12/13/2021 | $ -1.26 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 11/11/2021 | $ -1.05 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 10/11/2021 | $ -0.92 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 09/13/2021 | $ -1.01 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 08/11/2021 | $ -0.86 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 07/12/2021 | $ -0.78 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 06/11/2021 | $ -0.58 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 05/11/2021 | $ -0.20 | | | | | IOA |
| 5 | Interest On Adv | 132 | Fee Adjustment | 12/11/2020 | $ -0.01 | | | | | IOA |
| 1 | Late Charge | 032 | Late Charge Assessment | 04/16/2020 | $ -50.78 | | | 04/30/2020 | $ 50.78 CSC | |
| 1 | Late Charge | 152 | Irregular Payment | 01/04/2019 | $ | 01/04/2019 | $ 15.00 | | | |
| F | Ez Pay | 073 | Irregular Payment | 01/04/2019 | $ -15.00 | | | | | EZP |
| F | Ez Pay | 132 | Fee Adjustment | 12/14/2018 | $ -15.00 | | | | | EZP |
| F | Ez Pay | 073 | Irregular Payment | 12/14/2018 | $ | 12/14/2018 | $ 15.00 | | | EZP |
| F | Ez Pay | 132 | Fee Adjustment | 11/14/2018 | $ -15.00 | | | | | |
| F | Ez Pay | 132 | Irregular Payment | 11/14/2018 | $ | 11/14/2018 | $ 15.00 | | | EZP |
| F | Ez Pay | 073 | Irregular Payment | 10/17/2018 | $ | 10/17/2018 | $ 15.00 | | | |
| F | Ez Pay | 132 | Fee Adjustment | 10/17/2018 | $ -15.00 | | | | | EZP |



AD999 1104